■ In the Matter of AUREL SMITH, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [10 NYS3d 464]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner, a prison inmate, commenced this CPLR article 78 proceeding to challenge a tier III disciplinary determination that found him guilty of refusing a direct order, property damage or loss and providing unauthorized legal assistance. The Attorney General has informed this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge will be refunded to him. In view of this, and given that petitioner has received all the relief to which he is entitled, the matter is dismissed as moot (*see Mat-*

ter of *Haddock v Prack*, 126 AD3d 1202, 1203 [2015]; *Matter of Rivas v New York State Dept. of Corr. & Community Supervision*, 125 AD3d 1031, 1031 [2015]).

Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.